UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

UNITED STATES OF AMERICA          )
                                  )          Case No. 1:13-cr-34
v.                                )
                                  )          COLLIER / LEE
JENNIFER PERDEW                   )

# O R D E R

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court:

(1) accept Defendant's plea of guilty to Count One of the One-Count Bill of Information;

(2) adjudicate Defendant guilty of the charges set forth in Count One of the Bill of Information;

(3) defer a decision on whether to accept the plea agreement until sentencing; and (4) defendant has

been released on bond under appropriate conditions of release pending sentencing in this matter

without objection (Court File No. 14). Neither party filed a timely objection to the report and

recommendation. After reviewing the record, the Court agrees with the magistrate judge's report

and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's

report and recommendation (Court File No. 14) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS**

as follows:

(1) Defendant's plea of guilty to Count One of the Bill of Information is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Bill

of Information;

(3) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(4) Defendant **SHALL REMAIN** on bond under appropriate conditions of release pending

sentencing in this matter which is scheduled to take place on **July 11, 2013 at 9:00 a.m.**

**[EASTERN]** before the Honorable Curtis L. Collier.

**SO ORDERED.**

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**